IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY WAYNE STEPHENS**
**ADC #103706**                                                                                      **PLAINTIFF**

**VS.**                            **4:22-CV-001072-BRW**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Based on the dispositive Order entered today, Plaintiff's claims are dismissed. This case is closed. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO AJUDGED this 14th day of December 2022.

　　　　　　　　　　　　　　　　　　　　　BILLY ROY WILSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1